### JEAN SARRAN v. AUGUSTE REGOUFFRE AND WIFE.

When, during the existence of the community, a stock of goods was bought in the name of the wife but it was not shown that she had been a public merchant, either before or since the sale—*Held :* that the purchase must be considered as having been made by the husband, and the debt incurred by it a debt of the community.

APPEAL from the District Court of Ascension, *Duffel,* J.

*A. Gentile,* for plaintiff and appellant. *Henry Duffel,* for defendant.

BUCHANAN, J. We agree in the conclusion of the elaborate and ably reasoned opinion of the District Judge, that the note of *Madame Regouffre,* and mortgage upon her separate estate, were given in reality for a debt of her husband ; although the transaction was clothed with the form of a contract of sale of a stock of goods by plaintiff to *Madame Regouffre* individually, *Madame Regouffre* is not proved to have been a public merchant, either before or since the sale in question. The Article 128 of the Code does not, therefore apply. On the contrary, the business of the store was carried on in the joint name of her husband and the witness *Vigné.* The purchase must be considered as having been made by the husband, and as a community debt, for which the separate estate of the wife was not bound, (C. C. 2371,) and no action could be maintained against her while the community existed. 6th Annual, 57.

Judgment affirmed, with costs.